UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | | |
|---|---|---|
| Chris Gregerson, | ) | No.: 06-cv-01164 (ADM/AJB) |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Vilana Financial, Inc. a Minnesota | ) | **MOTION TO LIMIT** |
| Corporation; Vilana Realty, Inc. a | ) | **DISCOVERY AND TO QUASH** |
| Minnesota Corporation; and | ) | **SUBPOENAS** |
| Andrew Vilenchik, a private | ) | |
| individual, | ) | |
| | ) | |
| Defendants. | ) | |

_____

Comes now Vilana Financial, Inc., Vilana Realty, Inc., and Andrew Vilenchik, named as defendants herein, and move this Court pursuant to Fed.R.Civ.P. 26, 30 and 45, for an order as follows:

    1. Limiting discovery to matters that are relevant to the case now before the Court.

    2. Quashing the Subpoenas Duces Tecum served on the following non-party witnesses:

        (a) Qwest Communications Corporation;

        (b) Hennepin County Attorney;

        (c) Dex Media, Inc.; and

        (d) Bally Total Fitness;

    3. Quashing the Subpoena for the Deposition of Vladimir Kazaryan and Michael Walker.

Defendants' motion is based on all of the files and proceeding herein, as well as the memorandum of law filed with the court.

SALITERMAN & SIEFFERMAN, P.C.

Dated: November 16, 2006        By:    /s/ Margaret Noubissie
                                       Boris Parker (#291316)
                                       Margaret E. Noubissie (#340558)
                                       U.S. Bank Plaza, Suite 2000
                                       220 South Sixth Street
                                       Minneapolis, MN  55402
                                       Telephone:  (612) 339-1400
                                       *Attorneys for Defendants*