UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Chris Gregerson,                          No. 06-CV-01164 (ADM/AJB)

           Plaintiff,

vs.                                 **AFFIDAVIT OF**
                                         **VLADIMIR KAZARYAN**
Vilana Financial, Inc. a Minnesota       **IN SUPPORT OF**
Corporation; Vilana Realty, Inc. a        **MOTION TO QUASH SUBPOENA**
Minnesota Corporation; and Andrew
Vilenchik, a private individual,

           Defendants.

STATE OF MINNESOTA )
                              )    SS
COUNTY OF HENNEPIN )

      **VLADIMIR KAZARYAN**, first being duly sworn upon oath states as follows:

      1.       My name is Vladimir Kazaryan. I make this Affidavit of my personal knowledge and would so testify if called upon to do so.

      2.       I make this Affidavit in support of my motion to quash a subpoena that was served on me by the Plaintiff to testify at a deposition.

      3.       Attached hereto as Exhibit 1 is a copy of the transcript of my deposition which was taken on February 6, 2006, in the case of *Vilana Financial, Inc. v. Chris Gregerson*, Hennepin County District Court Case no. MC 05-016185. The deposition was noticed by Chris Gregorson, the above-named Plaintiff.

      4.       Attached hereto as Exhibit 2 is a copy of a subpoena that was served on me on or about October 31, 2006, compelling me to testify at a deposition noticed by the Plaintiff.

5.      I believe that the Plaintiff intends to re-examine me on subjects to which I already testified at the February 6, 2006 deposition.

6.      I believe that Plaintiff intends to harass me until I give him testimony that he considers favorable to his claims. Attached hereto as Exhibit 3 is a copy of a letter that was faxed to me by Plaintiff threatening to name me as a party in this litigation simply because my notorial seal and signature appears on a document that he considers to be important to his case.

7.      It will be a financial hardship for me to be deposed again, and the witness fee and mileage check that I received will not begin to compensate me for the time away from my work.

Date: November 27, 2006           s/ Vladimir Kazaryan
                                        Vladimir Kazaryan

Subscribed and sworn to before me this
27th day of November 2006.


s/ Sukanya Guha
Notary Public

432342