## Page 1

STATE OF MINNESOTA            DISTRICT COURT
COUNTY OF HENNEPIN    FOURTH JUDICIAL DISTRICT
              Case Type: Other Civil

Vilana Financial, Inc.
        Plaintiff,
vs.                   Case No. MC 05-016105
Chris Gregerson,
        Defendant.

        DEPOSITION of VLADIMIRE S. KAZARYAN,
taken on the 6th day of February, 2006, commencing
at approximately 2:10 p.m. at the law offices of
Fredrikson & Byron, 200 South Sixth Street, Suite
4000, Minneapolis, Minnesota 55402, before Diane
D. Wicht, Notary Public, in and for the County of
Sherburne, State of Minnesota.

COPY

## Page 2

APPEARANCES:

    CHRIS GREGERSON, Attorney at Law,
150 North Green Avenue, New Richmond, Wisconsin
54017, appeared pro se.

    MORGAN SMITH, Attorney at Law, SMITH &
RAVER LLP, 1313 Fifth Street SE, Minneapolis,
Minnesota 55414, appeared on behalf of the
Plaintiff.

    ALSO PRESENT:  ANDREW VILENCHIK
                   ARLENE GREGERSON

## Page 3

                    INDEX
    EXAMINATION OF VLADIMIRE S. KAZARYAN
EXAMINATION                                PAGE
  (By Mr. Gregerson)                         4
OBJECTIONS:
  (By Ms. Smith)     12, 13, 14, 16, 23, 25, 26
EXHIBITS:                                 MARKED
  A - Zubitsky photo agreement               11
  B - Dex Plus 2005 Vilana advertisement     21
REQUEST FOR DOCUMENTS:   (None)

## Page 4

        * * *
(WHEREUPON, the following proceedings transpired:)
        * * *

        VLADIMIRE S. KAZARYAN,
    a witness in the above-entitled
    action, after having been first
    duly sworn, was examined and
    testified as follows:

        MR. GREGERSON: My name is Chris
    Gregerson, 150 North Green Avenue, New
    Richmond, Wisconsin. It's Monday, June
    6th, 2006 at 2:05 p.m.
        MS. SMITH: Excuse me. I don't
    mean to interrupt. This is Morgan
    Smith. I'm the attorney representing
    Vilana Financial. I think you misspoke
    saying June. The month is February.
        MR. GREGERSON: I'm sorry. You're
    right. This is Monday, February 6th.
    We are at the offices of Fredrikson &
    Byron, 200 South Sixth Street,
    Minneapolis, Minnesota. The deponent is
    Vladimire Kazaryan. Persons present are

EXHIBIT 1

Page 5

1  myself, Arlene Gregerson, Morgan Smith,
2  Andrew Vilenchik and Diane Wicht.
3
4      EXAMINATION
5  BY MR. GREGERSON:
6  Q  I have a little bit of preamble. The purpose
7     of the deposition today is to learn what you
8     know that can help in resolving the litigation
9     between your employer and myself. As I
10    mentioned, this is my first deposition. I'll
11    be going slowly for both my benefit and for
12    yours.
13        If any question that I ask isn't clear or
14    you don't understand it, please ask me for
15    clarification before answering it. Although
16    there's no judge here, you are under oath and
17    should answer the same as you would if you
18    were giving testimony in court. Did you bring
19    a notarial logbook?
20 A  No.
21 Q  That was requested. Is that --
22 A  I don't have it.
23 Q  Do you mean to say you don't have one at all
24    or --
25 A  At all.

Page 6

1  Q  -- you don't normally keep one?
2  A  I don't.
3  Q  Okay.
4        MR. SMITH: Excuse me. I don't
5     mean to interrupt, but I think I should.
6     This is Morgan Smith again speaking. I
7     would point out for the record that
8     Mr. Kazaryan's first language is
9     Russian, and I appreciate
10    Mr. Gregerson's remarks about asking his
11    question slowly. I think that will be
12    helpful for our behalf as well as yours.
13    Further, I want to point out that
14    Mr. Kazaryan has been ill. He's here
15    today anyway, but he's not feeling the
16    best. So again, if you can ask your
17    questions slowly, I think it will be
18    helpful. I think the last question was
19    understood and answered and so I'll
20    return the ball to you, Mr. Gregerson.
21        MR. GREGERSON: Okay. Thank you.
22 BY MR. GREGERSON:
23 Q  Your last name is -- Kazaryan is the
24    pronunciation?
25 A  Yes.

Page 7

1  Q  When did you begin working for Vilana
2     Financial?
3  A  March of 2004.
4  Q  Do you remember which part of the month you
5     began working for them?
6  A  For Vilana Financial?
7  Q  Which part of the month your employment began.
8  A  My unemployment?
9  Q  Employment.
10 A  Oh, employment. 8th, I believe. March 8th.
11 Q  Okay. And how long have you known Andrew
12    Vilenchik?
13 A  For about four years.
14 Q  Can I ask how you met Andrew?
15 A  Through my wife. My wife knew him.
16 Q  Okay. Did Andrew hire you to work at Vilana?
17 A  Yes.
18 Q  Okay. Are you a notary public?
19 A  Yes, I am.
20 Q  Okay. Can you tell me the required elements
21    of notarizing a document?
22 A  Yes. Make sure whoever is signing is the
23    actual person and to check the picture ID and
24    to verify the signatures.
25 Q  Does a notary have any other duties that are

Page 8

1     required beyond those?
2  A  That I know of I have to make sure -- I have
3     to notarize the actual signature. And for me
4     to do that I have to check the picture ID and
5     make sure this is the actual person signing
6     it.
7  Q  Did you receive some instruction or training
8     as a part of getting your commission as a
9     notary public?
10 A  I don't remember 'cause I got it a long time
11    ago. Since 2001, I believe. I don't think
12    so, no.
13 Q  Are you aware of any specific consequences if
14    you violate the rules that you explained?
15 A  Yes, I am.
16 Q  And what are those?
17 A  If I forget a signature or -- I know I have to
18    follow by particular steps to notarize a
19    signature, and I do have to follow by the
20    rules as far as whoever is signing it. Like I
21    said, I have to look at the picture ID before
22    they sign in front of me.
23 Q  You don't recall specifically what the
24    consequences are for a particular deviation
25    from the procedure?

Page 9

1  A  Can you rephrase the question?
2  Q  Sure. If -- for example, if the date is not
3     today's date, if there's -- if that has a
4     particular significance or consequence
5     compared with that you fail to sign your own
6     name.
7         MR. SMITH: Is that a question?
8         MR. GREGERSON: Yeah.
9 BY MR. GREGERSON:
10 Q  I'm wondering if you yourself are aware of,
11    within the requirements of a notary, if
12    deviating from those requirements has a
13    consequence.
14        MR. SMITH: So the question is are
15    you aware.
16        THE WITNESS: Aware of what?
17 BY MR. GREGERSON:
18 Q  In other words, I understand your answer so
19    far to be that you're aware that there are
20    consequences.
21 A  Mm-hmm. Yes.
22 Q  And I think you're sort of implying that you
23    don't know necessarily what they are
24    specifically, just that you know that there
25    are consequences.

Page 10

1        MR. SMITH: Hold on a second. So
2    what is your question?
3        MR. GREGERSON: If he's aware of
4    the specific consequences.
5 BY MR. GREGERSON:
6 Q  I can give you an example of a specific
7    consequence. Like say if you use the wrong
8    date, you lose your commission.
9 A  Oh. That I know. Of course.
10 Q  Okay. Are you aware of any other consequences
11    like that?
12 A  Even if the -- the person has to be in front
13    of me. I have to see the signature,
14    somebody's putting down the signature for me
15    to notarize it. It has to be the actual
16    person signing it. Other -- yeah, there's
17    other ones, I guess.
18 Q  So when you notarize a document, you're
19    attesting that a certain person signed that
20    document?
21 A  Yeah, I verify that's the actual person,
22    correct.
23 Q  Okay. And it doesn't have any legal or formal
24    significance beyond that?
25        MR. SMITH: I'm sorry. Is that a

Page 11

1    question or a statement?
2        MR. GREGERSON: It's a question.
3 BY MR. GREGERSON:
4 Q  Are you aware of any significance beyond that?
5    I can give you an example to help clarify.
6    When you notarize a document, you don't know
7    if the contents are true. You're not claiming
8    the contents are true. You're only verifying
9    the identity of the person signing it.
10 A  Correct.
11 Q  Okay. I'd like to show you a document that I
12    have some questions about and I guess I need
13    to give you a copy. This can be A.
14        (WHEREUPON, Deposition Exhibit A
15    was marked for identification.)
16 BY MR. GREGERSON:
17 Q  I'd like to know if you've seen this document
18    before.
19 A  I don't remember, but it seems like I did
20    notarize it.
21 Q  Do you remember notarizing it?
22 A  No. It was a long time ago it looks like.
23 Q  Do you recognize the signature as being your
24    signature?
25 A  Yes.

Page 12

1 Q  Do you know where you would have notarized
2    that document?
3 A  If I remember, it would be in the office where
4    we work at.
5 Q  And where is that?
6 A  Back then it was in the New Brighton office.
7    I don't recall the address.
8 Q  Do you recognize the name of the signator to
9    this agreement?
10 A  I don't remember. I mean, must have.
11       MR. SMITH: Do you understand the
12    question? Do you understand
13    Mr. Gregerson's question?
14       THE WITNESS: What exactly?
15 BY MR. GREGERSON:
16 Q  I'm asking like if this is the first time
17    you've seen this name or you remember seeing
18    this name before. If you --
19       MR. SMITH: Excuse me. I have to
20    object to the form of the question and
21    maybe it would be more helpful if you
22    rephrase your question to include the
23    name you're curious about.
24 BY MR. GREGERSON:
25 Q  Okay. Is the name -- I'm going to refer to

Page 13

1. this as the Zubitsky photo agreement. The
2. signator is Michael Zubitsky.
3. A Mm-hmm.
4. Q I'm not sure if I have the pronunciation
5. right, but I say Zubitsky. Do you recognize
6. the name Michael Zubitsky?
7. A I just don't remember.
8. Q Did you look at any identification when you
9. notarized that document?
10. A I usually do.
11. Q I guess I'm not clear if that means yes.
12. A I should say I always do, yes.
13. Q Okay. What form of identification did you
14. see?
15. A A picture ID. I don't remember what it was.
16. Q A picture ID. Can you tell my what a picture
17. ID would include? When you say "picture ID,"
18. there's probably limits. For example, a
19. library card might not count or maybe that
20. would. Could you tell me what a picture ID --
21. MR SMITH: Excuse me. I have to
22. object. Is the question generally what
23. is a picture ID or is the question about
24. Exhibit A and the picture ID of Michael
25. Zubitsky?

Page 14

1. MR. GREGERSON: It's my
2. understanding the deponent has said that
3. he doesn't have a specific recollection
4. but that you always look at a picture
5. ID. And so based upon your knowledge of
6. your own procedure that you follow, you
7. would have looked at a picture ID.
8. BY MR GREGERSON:
9. Q And so the question is, does that phrase --
10. I'm asking you to define that phrase. Because
11. in the requirements for notarizing a document,
12. I assume not any picture ID is acceptable, but
13. there's certain types -- you look at a certain
14. kind of picture ID.
15. A Usually a license, Minnesota ID, passports.
16. Those kind. Maybe a green card. The legal
17. IDs.
18. Q You -- just to be clear, you don't remember
19. witnessing this specifically and you don't
20. remember the particular ID that you saw?
21. A No, I don't remember.
22. Q Is it possible that you didn't notarize this
23. document?
24. A It seems like it's my signature and it seems
25. like I did notarize it.

Page 15

1. Q Would there be any way to tell if your
2. notarization was placed on this document
3. without your knowledge, your signature and
4. notarization?
5. A I don't know. The signature looks like mine.
6. It looks like I would sign that.
7. Q Is it possible that it was copied from a
8. different document and placed on this one?
9. A I can't tell.
10. Q You don't have a specific recollection of
11. having met the signator and witnessed the
12. signing of this document?
13. A I don't understand the question. I'm sorry.
14. Q Do you specifically recall witnessing that
15. signature?
16. A I don't specifically recall that particular
17. signature, no.
18. Q Have you ever met Michael Zubitsky?
19. A No. Maybe back then when we were signing,
20. yes. I don't know the guy.
21. Q Okay. You met him -- I guess I'm not clear on
22. the answer. I'm asking if you met him or did
23. not meet him, not if you know him.
24. A Meet him. You mean when he was particularly
25. signing it or like before or after?

Page 16

1. MR. SMITH: I guess the witness
2. doesn't understand the question. Could
3. you maybe ask it differently.
4. BY MR GREGERSON:
5. Q Were you ever in the same room as Michael
6. Zubitsky?
7. A When he was signing.
8. Q Were you ever in the same room ever?
9. A Yes, I was.
10. Q And do you remember being in his presence?
11. A I believe, yes, he signed.
12. Q Can you tell me what you remember?
13. A Exactly remember what?
14. Q You remember being in the same room with him?
15. A Yes.
16. Q Can you tell me what you remember?
17. A Just notarizing the signature.
18. Q Can you tell me what you know about Michael
19. Zubitsky, including his appearance?
20. A No. I can't do that. I don't remember.
21. Q Do you know anything about him?
22. A No.
23. Q Do you know if he was taller than you?
24. A Don't remember.
25. Q Do you remember what race he was?

Page 17

1  A  You mean race --
2       MR. SMITH: Do you understand that
3       question?
4       THE WITNESS: Yeah, I believe so
5       MR. SMITH: You may answer
6       THE WITNESS: White.
7  BY MR. GREGERSON:
8  Q  I'd like to clarify my question about him.
9     When I ask if you remember anything, it would
10    include his race. It's meant as a very
11    literal question and you should answer as
12    completely as you can
13      MR. SMITH: Well, I have to object
14      to that instruction and I don't know if
15      that's a question. The witness is
16      having difficulty with the form of your
17      questions. And if you have a specific
18      question in mind, you should ask that.
19      The witness doesn't understand when you
20      say do you remember anything about this
21      guy. So I think the witness is having
22      difficulty with your questions and I'd
23      ask you to restate them so that he can
24      understand and answer.
25      MR. GREGERSON: I can restate my

Page 18

1     question with more specificity. At the
2     same time I don't wish to lead the
3     witness. If I ask did he have a red
4     hat, that to me would be a rather
5     leading question, but I can be -- I can
6     find maybe a middle ground.
7       MR. SMITH: Well, I object to the
8       form of the question, "What do you
9       remember about this person." I don't
10      think the witness understands it.
11 BY MR. GREGERSON:
12 Q  Do you remember if Michael Zubitsky had all of
13    his limbs, if he was disabled in any way?
14 A  I don't remember. Probably.
15 Q  Okay.
16 A  Probably he was.
17      MR. SMITH: The question is do you
18      remember. Do you remember?
19      THE WITNESS: No. It was a long
20      time ago. I don't remember if I
21      notarized a month ago.
22 BY MR. GREGERSON:
23 Q  Did you see Michael Zubitsky being paid any
24    money?
25 A  No.

Page 19

1  Q  What was discussed when this notarization,
2     this signature took place?
3  A  I think Andrew came up to me and asked me to
4     notarize the guy's signature That's all
5     And I did verify and notarize
6  Q  Did you speak in Russian?
7  A  I believe so, yes I don't remember actually
8     I should say I don't remember what I spoke
9  Q  Did Michael Zubitsky have the ability to speak
10    Russian? Did he know Russian?
11 A  Don't remember
12 Q  Do you have any way of contacting Michael
13    Zubitsky?
14 A  Do I? No.
15 Q  Are you unable to locate his name in the phone
16    book?
17 A  I never tried. I don't know.
18 Q  Do you have any reason to believe he is not in
19    the phone book?
20 A  I don't have any reason, no
21 Q  Did anyone else at Vilana Financial meet
22    Michael Zubitsky?
23 A  I don't know.
24 Q  Are you aware of any physical evidence that
25    would show that Michael Zubitsky exists?

Page 20

1  A  I don't understand. What do you mean,
2     physical evidence?
3  Q  I'm using the term physical evidence to refer
4     to something that's either -- it's concrete,
5     such as a piece of paper, as opposed to a
6     memory.
7  A  Okay. I don't know. The guy came to sign and
8     that's it. I don't know.
9  Q  You don't recall seeing this document before
10    today?
11 A  Before today? I did actually see it today or
12    a couple days ago before I came here.
13 Q  Do you recall seeing it at any other time?
14 A  Not that I remember offhand.
15 Q  Who informed you of the deposition here today?
16 A  I believe I got your voice mail.
17 Q  Did you have a chance to talk to Andrew
18    Vilenchik about the deposition here today?
19 A  Yes.
20 Q  What did you and Andrew discuss about the
21    deposition? Were you given any instructions?
22 A  No.
23 Q  What did you discuss?
24 A  Basically directions, how to get here.
25 Q  I'd like to show you another document and I'll

**Page 21**

1  provide a photocopy. This can be B
2  (WHEREUPON, Deposition Exhibit B
3  was marked for identification.)
4  BY MR. GREGERSON:
5  Q  I have some questions about the advertisement
6  here on the inside cover of the Dex Plus phone
7  book for 2005. Did you participate in the
8  design of this advertisement?
9  A  No.
10 Q  Do you know who designed it?
11 A  No.
12 Q  Have you seen this before?
13 A  The book, yes.
14 Q  Have you seen this advertisement before?
15 A  Where?
16 Q  Anywhere.
17 A  In the book I did.
18 Q  Do you do graphic design?
19 A  No.
20 Q  Have you seen this photo before today?
21 A  Before today, yes.
22 Q  Where did you see it?
23 A  In the book.
24 Q  Anyplace else?
25 A  In I believe a newspaper advertisement,

**Page 22**

1  Russian community newspaper before I saw it.
2  Q  You don't work as -- you don't do any graphic
3  design work for Vilana Financial?
4  A  No.
5  Q  Do you know who does?
6  A  No.
7  Q  Did Andrew discuss with you the current
8  litigation, the suit that your employer has
9  with myself?
10 A  Yeah, kind of. Somewhat I'm aware about it.
11 Q  Can you tell me what you and he discussed?
12 A  I guess just about the picture that was sold
13 to him, I guess, that belonged to somebody
14 else. I don't know. I don't know much about
15 it. I just come to work and leave.
16 Q  Have you ever notarized any other documents
17 for Vilana?
18 A  Yeah. I could. We're in the mortgage
19 business, so there is a lot of documents that
20 sometimes need to be notarized, yeah.
21 Q  What kind of documents do you notarize as part
22 of the mortgage business?
23 A  Well, sometimes we need to notarize for real
24 estate purposes, for mortgage purposes, for
25 business -- ongoing business relations.

**Page 23**

1  Q  Can you tell me what your role is at Vilana,
2  your job description?
3  A  I'm an account mangager/loan officer, so I
4  process the loans and I manage some guys, some
5  employees at the office.
6  Q  What types of documents do you notarize in
7  your work at Vilana?
8  MR. SMITH: I object. You just
9  asked this question three questions ago
10 and he answered.
11 BY MR. GREGERSON:
12 Q  I can be a little bit more specific. I recall
13 his answer. The purpose of the follow-up
14 question is that I'm not familiar with what a
15 mortgage -- you know, I think you may have
16 used a general term like real estate
17 documents. I'm not familiar with what a real
18 estate document is. Can you tell me what that
19 would be?
20 A  It's basically same thing. When people come
21 and sign the documents for their closing when
22 there's a closing.
23 Q  Would that be called a sales agreement, like a
24 sale of a house?
25 A  Mortgage agreement I guess you could call

**Page 24**

1  that, a note.
2  Q  Would it be an agreement between someone else
3  and Vilana?
4  A  It's between someone else and the bank and,
5  yeah, Vilana.
6  Q  Vilana is a party -- they're a part of the
7  agreement?
8  A  It just depends. I don't know if -- every
9  time it's different. It's not always the
10 same. It depends what kind of papers you sign
11 that I have to notarize.
12 Q  Is this something you do every week?
13 A  No. It's just something I do occasionally. I
14 mean, if somebody needs to notarize something,
15 they ask me and I will do it.
16 Q  Do you do more than one notarization in a
17 month on average?
18 A  I would say so, yes.
19 Q  Can you tell me about how many you do in a
20 month?
21 A  It varies. Sometimes I might do none;
22 sometimes I might do a few.
23 Q  In other words, would that be between zero and
24 ten?
25 A  Zero to ten. Sometimes -- yeah, zero to ten,

Page 25

1   I should say, to twenty maybe
2  Q Have you ever notarized any sales agreements
3   for services that Vilana receives? I can
4   maybe offer some clarification. You've
5   described notarizing mortgage agreements --
6  A Mm-hmm.
7  Q -- that are a part of the routine business of
8   Vilana.
9  A Mm-hmm.
10 Q This document, the Zubitsky photo agreement,
11  is not a mortgage agreement.
12 A No.
13 Q It's not related to a mortgage or your normal
14  business of being in real estate. Have you
15  ever notarized other sales agreements that are
16  not a part of the mortgage business?
17 A I really don't know what exactly I notarize
18  sometimes. All I do is notarize the
19  signatures.
20 Q Do you recall specifically ever notarizing a
21  sales agreement like this that was not part
22  of --
23 A I don't recall, no. I don't recall.
24 Q Do you remember the reason that Andrew gave
25  you for having this sales agreement notarized?

Page 26

1  A No.
2  Q This was notarized on March -- was this
3   notarized on March 19th, 2004?
4  A It looks like.
5  Q You don't have a -- do you have a specific
6   recollection of that?
7  A No.
8  Q You have no specific journal that would
9   reflect that?
10 A No.
11    MR. GREGERSON: I'm close to being
12    done.
13    MR. SMITH: Okay.
14    MR. GREGERSON: I just want to --
15    I'd like to take a moment to reflect if
16    I've missed anything.
17    (WHEREUPON, a short break in the
18    proceedings was taken.)
19 BY MR. GREGERSON:
20 Q I think there's just one thing that I'd like
21  to clarify. Reflecting on your answers, it
22  seemed that you -- I'm not clear if you
23  remember notarizing this agreement and
24  remember meeting Michael Zubitsky or you have
25  no recollection of that.

Page 27

1    MR. SMITH: So what is the
2    question?
3  BY MR. GREGERSON:
4  Q My question is do you have a recollection of
5   meeting Michael Zubitsky?
6  A A little bit, yes.
7  Q What do you remember?
8  A That he was white. That's all. To be
9   specific --
10    MR. SMITH: Let him ask his
11    question.
12 BY MR. GREGERSON:
13 Q Do you remember if he had a beard or glasses?
14 A No. Don't remember that.
15 Q Do you remember talking on the phone about a
16  month ago?
17 A With?
18 Q Myself.
19 A I believe, yeah. Yeah.
20 Q I'd like to ask you one question about that
21  conversation.
22 A Mm-hmm.
23 Q Can you tell me why you declined to talk to me
24  unless you were ordered by the court?
25    MR. SMITH: I have to object to

Page 28

1   that. I believe that the reason the
2   witness declined was because his
3   attorney wasn't present and it's
4   inappropriate to ask questions about why
5   a witness invoked an attorney-client
6   privilege or privileges under the rules
7   to have his attorney present. You can
8   ask your next question.
9  BY MR. GREGERSON:
10 Q I have a more specific question. In that
11  conversation you had said that, "I don't want
12  to be in the middle of this."
13 A Mm-hmm.
14 Q Can you tell me what you meant by that?
15 A Well, I just meant that I don't want to answer
16  any questions unless it's ordered by court or
17  anything like this. I just don't want to
18  discuss with anybody anything. 'Cause this is
19  all internal and I just don't want to be the
20  one to say something I'm not supposed to.
21 Q Were you afraid of there being some kind of
22  problem if you spoke with me?
23    MR. SMITH: I object. You know,
24    the witness asserted his right to have
25    his attorney present. He was asked a

Page 29

1 question by a party in the absence of
2 his attorney, which is a violation of
3 the rules, and the witness refused to
4 answer. And I'm instructing the witness
5 not to answer anymore questions about
6 the conversation where ex parte
7 communication was attempted.
8     MR GREGERSON: I understand most
9 of what you said, but I'd like to
10 clarify something. Do you mean to say
11 that during that conversation the
12 deponent asked to not speak without his
13 attorney present?
14     MR SMITH: I'm not being deposed
15 and I'm not going to answer your
16 question. I've asserted an objection
17 and I've instructed my client not to
18 answer anymore questions about your
19 attempt to talk with him without his
20 attorney present. You may move on.
21 BY MR GREGERSON:
22 Q Did you sign this signature here that's above
23 Michael Zubitsky?
24 A No.
25     MR GREGERSON: Okay. That's it.

Page 30

1     (WHEREUPON, at 2:50 p.m. the
2 deposition duly ended.)

Page 31

1 WITNESS CERTIFICATE
2 I, VLADIMIRE S. KAZARYAN, the undersigned, do
3 hereby certify that the foregoing 30 pages are
4 true and accurate to the best of my knowledge
5 (with the exception of the following changes, if
6 any):
7 Page:    Line:      Reason For Change:

24 Date: _____
25 DDW

Page 32

1 NOTARY-REPORTER'S CERTIFICATE
3 STATE OF MINNESOTA )
                            ) ss
4 COUNTY OF SHERBURNE )

6 I hereby certify that I reported the deposition of
7 VLADIMIRE S. KAZARYAN, on the 6th day of February,
   2006, in Minneapolis, Minnesota, and that the
   witness was by me first duly sworn to tell the
8 whole truth.

9 THAT the testimony was transcribed under my
   direction and is a true record of the testimony of
10 the witness;

11 THAT the cost of the original has been charged to
   the party who noticed the deposition, and that all
12 parties who ordered copies have been charged at
   the same rate for such copies;

14 THAT I am not a relative or employee or attorney
   or counsel of any of the parties, or a relative or
   employee of such attorney or counsel;

16 THAT I am not financially interested in the action
   and have no contract with the parties, attorneys,
   or persons with an interest in the action that
17 affects or has a substantial tendency to affect my
   impartiality;

19 THAT the right to read and sign the deposition by
   the witness was NOT waived

20 WITNESS MY HAND AND SEAL this 14th day of
   February, 2006.

23     _____
        DIANE D. WICHT
24      Notary Public
        Sherburne County, Minnesota



2500 New Brighton Blvd Suite 107
Minneapolis, MN 55418
Phone     612-789-5011
Facsimile 612-789-5009
www.vilanafinancial.com

March 19, 2004

By signing this agreement Michael Zubitskiy agrees to provide Vilana Financial with photo and graphic images that will be utilized in the future by Vilana Financial for advertising and promotional purposes. All photos and images will become an intellectual property of Vilana Financial and cannot be resold.

Vilana Financial will pay Michael Zubitskiy $850.00 at sign of this agreement. By signing this agreement Michael Zubitskiy confirms that all work has been compensated and Vilana Financial shall be lien free.

_____          _____
        3.19.04                   MICHAEL ZUBITSKIY

[Notary stamp: VLADIMIR S KAZARYAN, NOTARY PUBLIC – MINNESOTA, COMMISSION EXPIRES 1-31-2008]

EXHIBIT
A