AO88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF **Minnesota**

**Chris Gregerson**
         v.
**Vilana Financial Inc. et al**

TO: **Vladimir Kazaryan**

SUBPOENA IN A CIVIL CASE

Case Number: **06-1164 ADM/AJB**

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| Fredrikson & Byron, 200 S. 6th St, MPLS, MN, Ste. 4000 Pillsbury Center | 11-13-06, 2:00pm |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **Any documents in your control which have the handwriting of Andrew Vilenchik. Produce by mailing to the address below (Subpoena Duces Tecum)**

| PLACE | DATE AND TIME |
| --- | --- |
| 150 Green Ave. N. New Richmond, WI 54017 | earliest convenience |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR *[signature]* Bell - Deputy Clerk    DATE October 17, 2006

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
U.S. District Court, 300 S. 4th St. #202, Mpls, MN 55415
612-664-5000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number

**EXHIBIT 2**