UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Chris Gregerson, | File No. 06-cv-1164 (ADM/AJB) |
| Plaintiff, | |
| vs. | **DEFENDANTS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS** |
| Vilana Financial, Inc., a Minnesota Corporation; Vilana Realty, Inc., a Minnesota Corporation, and Andrew Vilenchik, a private Individual, | |
| Defendants. | |

_____

## MOTION

Defendants Vilana Financial, Inc., Vilana Realty, Inc. and Andrew Vilenchik hereby move the Court, pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1, for an Order compelling Plaintiff to fully respond to Defendants' discovery requests. Defendants certify that they have in good faith conferred or attempted to confer with Plaintiff via electronic mail in an effort to resolve the matter without Court action and that such further efforts would be fruitless in light of Plaintiff's refusal to supplement his discovery as specifically requested by Defendants.

This motion is based on the Local and Federal Rules of Civil Procedure, the attached Memorandum of Law, Affidavits and Exhibits, and all records and proceedings herein.

                                            **BASSFORD REMELE**
                                            *A Professional Association*

Dated: April 10, 2007        By:   /s/ Margaret E. Noubissie
                                            Boris Parker (License #0291316)
                                            Margaret E. Noubissie (License #0340558)
                                            *Attorneys for Defendants*
                                            33 South Sixth Street, Suite 3800
                                            Minneapolis, Minnesota  55402-3707
                                            Telephone:  (612) 333-3000

584637.doc