UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | | |
|---|---|---|
| Chris Gregerson | ) | No.: 06-cv-01164 (ADM/AJB) |
| Plaintiffs | ) | |
| vs. | ) | AFFIDAVIT OF CHRIS GREGERSON IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| Vilana Financial, Inc., a Minnesota Corporation; Vilana Realty, Inc., a Minnesota Corporation, and Andrew Vilenchik, a private individual, | ) | |
| Defendants | ) | |

---

I, Chris Gregerson, being duly sworn, hearby swear and affirm as follows:

1. In 2006, for a period of about six months, I posted a reward on my website asking the public for proof of the existence of the person identified by Vilana as "Michael Zubitskiy". The proof requested was a copy of a valid, government-issued ID. I offered $500.00 in cash and to unilaterally drop all legal claims against Vilana if anyone could prove "Michael Zubitskiy" exists. There were no responses.

2. The attached exhibits, A-T, are all true and correct copies of the documents identified and represented therin.

Further the affiant sayeth not.

By: /s/ Chris Gregerson
Chris Gregerson
150 N Green Ave.
New Richmond, WI 54017
Telephone: 612-245-4306

Subscribed and sworn before me
on <u>June 29th, 2007</u>

/s/ Notary Public
Notary Public