UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | | |
|---|---|---|
| Chris Gregerson, | ) | No.: 06-cv-01164 (ADM/AJB) |
| Plaintiff, | ) | |
| vs. | ) | **AFFIDAVIT OF BORIS PARKER IN SUPPORT OF ANDREW VILENCHIK'S MOTION FOR SUMMARY JUDGMENT** |
| Vilana Financial, Inc. a Minnesota Corporation; Vilana Realty, Inc. a Minnesota Corporation; and Andrew Vilenchik, a private individual, | ) | |
| Defendants. | ) | |

---

STATE OF MINNESOTA  )
                    )ss
COUNTY OF HENNEPIN  )

Boris Parker, Esq., being first duly sworn upon oath, deposes and states:

1. I am an attorney with the law firm of BASSFORD REMELE, A Professional Association. I am one of the attorneys representing Defendants in the above-captioned matter. This affidavit is submitted in support of Defendant Andrew Vilenchik's Motion for Summary Judgment.

2. Attached hereto as Exhibit A, is a true and correct copy of the Articles of Incorporation of Vilana Financial Inc.

3. Attached hereto as Exhibit B, is a true and correct copy of the residential mortgage originator license with the State of Minnesota and mortgage broker license with the States of California and South Dakota.

4. Attached hereto as Exhibit C, is a true and correct copy of the Organizational Meeting Minutes, Bylaws and IRS Tax form 1120S of Vilana Financial Inc.

5. Attached hereto as Exhibit D, is a true and correct copy of the 2005 contact for advertising with Qwest Dex.

6. Attached hereto as Exhibit E, is a true and correct copy of excerpts from the Deposition of Andrew Vilenckik.

7. Attached hereto as Exhibit F, is a true and correct copy of a letter from Christopher Gregerson to Vilana Financial/Vilana Realty, dated June 6, 2005.

8. Attached hereto as Exhibit G, is a true and correct copy of the Conciliation Court Complaint filed by Plaintiff against Vilana Financial, Inc.

9. Attached hereto as Exhibit H, is a true and correct copy of emails from Chris Gregerson regarding his intentions to cause harm to Vilana Financial and Andrew Vilenchik.

Further your affiant sayeth naught.

_____
Boris Parker

Subscribed and sworn to before me
This ___ day of July, 2007

_____
Notary Public



SVETLANA CHEBOTAYEVA
Notary Public-Minnesota
My Commission Expires Jan 31, 2011

2