UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Chris Gregerson ) | No.: 06-cv-01164 (ADM/AJB) |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | **PLAINTIFF'S WITNESS** |
| ) | **LIST** |
| Vilana Financial, Inc., a Minnesota ) | |
| Corporation; and Vilana Realty, ) | |
| Inc., a Minnesota Corporation ) | |
| ) | |
| Defendants ) | |
| ) | |

Plaintiff may call the following witnesses, to testify either in person or by deposition, at trial in this matter. Plaintiff respectfully seeks to reserve the right to add to this proposed witness list for good cause, such as to rebut unanticipated testimony.

1. Chris Gregerson, 150 Green Ave. N., New Richmond, WI 54017

    Mr. Gregerson will testify about all the key events in this case, including the Plaintiff's photos, their copyright management information, his licensing policies and practices, and his damages. He will also testify on the willfulness of the defendant's infringement, the truth of the statements on his webpage, and the defendant's publication of defamatory comments on that webpage.

2. Andrew Vilenchik*, 14112 53rd Ave. N, Plymouth, MN 55446.

    Mr. Vilenchik will be called to testify about most of the key events in the case, including Vilana Financial/Vilana Realty's use of the Plaintiff's photographs, which statements Vilana Financial alleges to be false on the Plaintiff's

1

webpage, the willfulness of Vilana's infringement, and the publication by Vilana of defamatory comments on Gregerson's webpage.

3. Vladimir Kazaryan*, 6828 Narcissus Lane N., Maple Grove, MN 55311

   Mr. Kazaryan will be called to testify about his notarization of the Zubitskiy photo agreement, and the character for truthfulness and reputation for honesty of the witness Andrew Vilenchik.

4. Mike Walker, 2442 Hemlock Ln. N., Plymouth, MN 55441

   Mr. Walker will testify about witnessing the fabrication of the Zubitskiy photo agreement, and the character for truthfulness and reputation for honesty of the witness Andrew Vilenchik.

5. Vladimir Sivriver, 6480 Wayzata Blvd, Minneapolis, MN 55426

   Mr. Sivriver will testify about the existence of Michael Zubitskiy and the character for truthfulness and reputation for honesty of the witness Andrew Vilenchik.

*hostile witness

Respectfully submitted,

Dated: October 22nd, 2007     By:     /s/ Chris Gregerson
                                      Chris Gregerson, *pro se*
                                      150 N Green Ave.
                                      New Richmond, WI 54017
                                      Telephone: 612-245-4306

2