UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | | |
|---|---|---|
| Chris Gregerson, | ) | |
| | ) | No.: 06-cv-01164 (ADM/AJB) |
| Plaintiff, | ) | |
| | ) | **DEFENDANTS' WITNESS LIST** |
| vs. | ) | |
| | ) | |
| | ) | |
| Vilana Financial, Inc., a Minnesota | ) | |
| Corporation; Vilana Realty, Inc., a | ) | |
| Minnesota Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**WITNESS LIST**

Defendants, by their counsel, may introduce the following witnesses to testify at the trial

of the above-captioned case:

| No: | Name/Addresses of Witnesses |
|---|---|
| 1. | Andrew Vilenchik<br>Vilana Financial, Inc.<br>5747 West Broadway<br>Crystal, MN 55428 |
| | Will testify regarding alleged infringement of Plaintiff's copyrights and use of photographs, as well as facts related to Defendants counterclaims and damages sustained by Defendants as a result of Plaintiff's wrongful conduct. |
| 2. | Pauline Fisher<br>Law Title<br>Brooklyn Center, MN |
| | Will testify to the facts and issues set forth in her affidavit with the court as they relate to Defendants counterclaims for deceptive trade practices and intentional interference with contractual and business relations. |

3.          Chris Richardson
            ING Mortgage
            Minnesota

            Will testify to the facts and issues set forth in his affidavit with
            the court as they relate to Defendants counterclaims for
            deceptive trade practices and intentional interference with
            contractual and business relations.

4.          James Smith
            24847 6th Street NE
            Isanti, MN 55040

            Will testify to the facts and issues set forth in his affidavit
            with the court as they relate to Defendants counterclaims
            for deceptive trade practices and intentional interference
            with contractual and business relations.

5.          Betty Tucker
            Vilana Financial, Inc.
            5747 West Broadway
            Crystal, MN 55428

            Will testify to facts related to Defendants counterclaims,
            day to day operations at Vilana and damages sustained by
            Defendants as a result of Plaintiff's wrongful conduct based
            on her employment with Vilana for the past 3 years.

Defendants reserve the right to call additional witnesses that may be needed for the

purpose of foundation, rebuttal or impeachment as well as all witnesses named in Plaintiff's

Witness List.

                              **BASSFORD REMELE**
                              *A Professional Association*


Dated:  October 22, 2007      By____/s/ Boris Parker_____
                              Boris Parker (License # 291316)
                              33 South Sixth Street, Suite 3800
                              Minneapolis, Minnesota  55402-3707
                              (612) 333-3000


                              *Attorneys for Defendants*

2