UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| Chris Gregerson, | ) | |
|---|---|---|
| | ) | No.: 06-cv-01164 (ADM/AJB) |
| Plaintiff, | ) | |
| | ) | **DEFENDANTS' EXHIBIT LIST** |
| vs. | ) | |
| | ) | |
| | ) | |
| Vilana Financial, Inc., a Minnesota | ) | |
| Corporation; Vilana Realty, Inc., a | ) | |
| Minnesota Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

---

## EXHIBIT LIST

Defendants, by their counsel, may introduce the following exhibits at the trial of the above-captioned case:

| NO. | DOCUMENT TITLE | Foundation | Admitted |
|---|---|---|---|
| D1 | Articles of Incorporation of Vilana Financial Inc. | | |
| D2 | Certificate of Registration of Mark for Vilana Financial, Inc. and Vilana Realty, Inc. | | |
| D3 | Correspondence/Settlement Offer from Christopher Gregerson to Vilana Financial/Vilana Realty, dated June 6, 2005. | | |
| D4 | Conciliation Court Complaint filed by Chris Gregerson against Vilana Financial, Inc., dated June 22, 2005 | | |
| D5 | Vilana Financial/Andrew Vilenchik's Copyright Violation, Fraud and Forgery website information from different time periods. | | |
| D6 | Excerpts from Gregerson's website demonstrating disparaging comments about Vilana Financial/Andrew Vilenchik Sued for Copyright Violation, Suspect of Fraud and Forgery. | | |

| | | | |
|---|---|---|---|
| D7 | E-mail from Chris Gregerson to Andrew Vilenchik dated January 19, 2007. | | |
| D8 | Zac & Mary's website with Gregerson's photograph which was used without a license. | | |
| D9 | Itemized invoice #156 to MSP Communications for photograph #2891. | | |
| D10 | E-mail between Boris Parker and Chris Gregerson, dated July 25, 2007. | | |
| D11 | Version of Gregerson's photograph # 2891 in low-resolution format. | | |
| D12 | Fees collected by Chris Gregerson for unauthorized publication of photographs for the period January 1, 2004 to May 1, 2007. | | |
| D13 | E-mail from Chris Gregerson to Samuel M. Dorfman, Senior Loan Officer. | | |
| D14 | Gregeroon's website comments from third parties regarding Vilana. | | |
| D15 | Documentation demonstrating increase of traffic to Gregerson website www.cgstock.com based on a use of Vilana trade and service marks. | | |
| D16 | Emails between Gregerson and third parties related to interference and disparagement of Vilana. | | |
| D17 | Financial records for the years 2005, 2006 and 2007 from Vilana Financial and Vilana Realty demonstrating revenue losses to the business. | | |
| D18 | High resolution image of Sky Line Photograph | | |
| D19 | Qwest Dex Advertisement Proof submitted by Vilana | | |
| D20 | Vilana's Advertisement Proof created by Zerkalo | | |
| D21 | Information related to photograph cost, licensing and usage from Plaintiff's website | | |
| D22 | Plaintiff's responses to Defendants' Interrogatories | | |

3

Defendants reserve the right to introduce additional exhibits as they become available, that may be needed for the purpose of foundation, rebuttal or impeachment as well as all documents identified in Plaintiff's Exhibit List.

                                                  **BASSFORD REMELE**
*A Professional Association*

Dated: October 22, 2007                By    /s/ Boris Parker
                                                              Boris Parker (License # 291316)
                                                              33 South Sixth Street, Suite 3800
                                                              Minneapolis, Minnesota 55402-3707
                                                              (612) 333-3000

                                                              *Attorneys for Defendants*

572560.doc

3