O AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| Chris Gregerson | **PLAITNFF'S EXHIBIT LIST** |
|---|---|
| V. | |
| Vilana Financial, Inc., a Minnesota Corporation; and Vilana Realty, Inc., a Minnesota Corporation | Case Number:  06-cv-01164 (ADM/AJB) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ann D. Montgomery | Chris Gregerson (pro se) | Boris Parker |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Nov. 5th | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| P1 | | | | | Plaintiff's webpage for image #2891 as originally published online |
| P2 | | | | | Plaintiff's webpage for image #2258 as originally published online |
| P3 | | | | | Image #2891 (filename 2891.jpg) with corresponding exif information |
| P4 | | | | | Image #2258 (filename 2258.jpg) with corresponding exif information |
| P5 | | | | | Vilana's Qwest Dex advertisement using image #2891 |
| P6 | | | | | Dex Media records produced upon subpoena for their account with Vilana Financial, Inc. |
| P7 | | | | | Four progressive versions of image 2891.jpg (original web version, resized, cropped, and sharpened versions -- demonstrative exhibit) |
| P8 | | | | | The version of image #2891 produced by Dex (NIGHTSHOT.TIF) as provided by Vilana with it's corresponding exif information |
| P9 | | | | | Comparison of areas of detail in the high-res version of image #2891, the web version, and the Dex version |
| P10 | | | | | Marketshare coupon book cover with an image taken from Gregerson's website and a second Marketshare cover with an image licensed from Gregerson |
| P11 | | | | | Settlement letter sent by Gregerson to Marketshare |
| P12 | | | | | Two Vilana ads that use image #2891 from Zerkalo's website with exif information from the smaller ad (filename Image10.GIF) |
| P13 | | | | | Zerkalo newspaper ad for Vilana that uses image #2891 |
| P14 | | | | | Zerkalo letter produced upon subpoena detailing publication of advertisements for Vilana Financial/Vilana Realty that use image #2891 |
| P15 | | | | | www.bestredyp.com web ad for Vilana Financial that uses image #2891 |
| P16 | | | | | Letter from R.H.Donnelley in response to a subpoena on the source of the ad on www.bestredyp.com |
| P17 | | | | | Copy of Vilana brochure produced in discovery that uses images #2891 and #2258 |
| P18 | | | | | Plaintiff's licensing terms from his website in 2004/2005 |
| P19 | | | | | January, 2005 invoice from Chris Gregerson to the Foley Group with licensing terms |
| P20 | | | | | Licensing terms from Corbis, Superstock, and Masterfile addressing fees for unauthorized use |
| P21 | | | | | Settlement letter Gregerson sent to Vilana Financial in June of 2005 |
| P22 | | | | | Negotiating Stock Photo Prices, fifth edition (2001), Jim Pickerell, The Stock Connection, Rockville MD |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | | | |
|---|---|---|---|---|---|
| P23 | | | | | Pricing Photography, third edition (2002), Michael Heron and David MacTavish, Allworth Press, New York, NY |
| P24 | | | | | Plaintiff's calculation of damages for all uses of image #2891 based on the average of price quotes from the books listed and Corbis, Superstock, and Getty websites. |
| P25 | | | | | Chris Gregerson's Certificate of Copyright Registration for image #2258 |
| P26 | | | | | Chris Gregerson's handwritten notes from a June 23rd phone call with Andrew Vilenchik |
| P27 | | | | | Results from the search engine "www.google.com" for the name "Michael Zubitskiy" conducted on December 13th, 2005 |
| P28 | | | | | The Zubitskiy photo agreement |
| P29 | | | | | Vilana Financial's first interrogatory answers in the state court action |
| P30 | | | | | Vilana Financial's second interrogatory answers in the state court action |
| P31 | | | | | Vilana Financial's first interrogatory answers in this (federal) action |
| P32 | | | | | Vilana Financial's second interrogatory answers in this (federal) action |
| P33 | | | | | Vilana's original letter to Gregerson demanding his webpage be removed |
| P34 | | | | | Gregerson's reply to Vilana's demand letter requesting further information |
| P35 | | | | | Copyright office search for Zubitskiy |
| P36 | | | | | Minnesota District Court Judge Mark Wernick's April 10th, 2006, order |
| P37 | | | | | Lifetime Fitness response to subpoena for membership records for Andrew Vilenchik and Michael Zubitskiy |
| P38 | | | | | Bailey's health club response to a subpoena for membership records for Andrew Vilenchik and Michael Zubitskiy |
| P39 | | | | | West Law people search for Michael Zubitskiy |
| P40 | | | | | Affidavit of not found from ProLegal for the name "Michael Zubitskiy" |
| P41 | | | | | Hennepin County Attorney's Office response to subpoena on economic assistance records for "Michael Zubitskiv" |
| P42 | | | | | Grosnyan Letter produced by Vilana on his investigation of Michael Zubitskiy |
| P43 | | | | | Minnesota State Court complaint and Temporary Restraining Order filed by Vilana Financial against Chris Gregerson |
| P44 | | | | | Comments Andrew Vilenchik posted on Gregerson's webpage, including IP number, date, and time |
| P45 | | | | | Written explanation of the connection between the IP numbers used by Andrew Vilenchik |
| P46 | | | | | WHOIS domain name information for vilanafinancial.com |
| P47 | | | | | www.citimedialaw.org webpage discussing Gregerson v. Vilana Financial |
| P48 | | | | | Consent order in the matter of Notary Public Commission of Vladimir Kazaryan and enforcement action entry against Kazaryan on the State of Minnesota website |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of ___2___ Pages