AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Chris Gregerson,

   V.

Vilana Financial, Inc., a Minnesota
Corporation and Vilana Realty, Inc., a
Minnesota Corporation,

### JUDGMENT IN A CIVIL CASE

Case Number:  06-1164 ADM/AJB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
The Court finds in favor of Plaintiff Chris Gregerson and awards him $4,462 in actual damages for Defendants' infringement of the Skyline photograph, $10,000 in statutory damages for Defendants' infringement of the Kenwood photograph, and $5,000 for Defendants' removal of Plaintiff's copyright management information.
Plaintiff's claim for attorney's fees and costs is **DENIED**.
 Defendants' counterclaims against Plaintiff are **DISMISSED WITH PREJUDICE**

| February 15, 2008 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/JoAnn Hoadley |
| | (By)       JoAnn Hoadley,   Deputy Clerk |

Form Modified: 09/16/04